**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@socaleag.com

Attorneys for Plaintiff
KEVIN COX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>       Plaintiff,<br><br>   vs.<br><br>STUDIO CUSTOM BODY SHOP INC,;<br>SEPAN MOVSESSIAN, AS TRUSTEE<br>OF THE SEPAN MOVESSIAN<br>REVOCABLE TRUST; SEPAN<br>MOVSESSIAN, AS TRUSTEE OF THE<br>SEPAN MOVSESSIAN AKA SEPAN<br>MOVSESKASHANE AND ODET<br>SAFARIAN REVOCABLE TRUST; and<br>DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:23-cv-10149-DDP-JDE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    **PLEASE TAKE NOTICE** that Plaintiff KEVIN COX ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

---

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

(1)     *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  March 22, 2024          **SO. CAL. EQUAL ACCESS GROUP**


By:   ___/s/   *Jason J. Kim*___
        Jason J. Kim, Esq.
        Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**